UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**MIGENA GJONAJ,**
          Plaintiff(s),          CASE NO. 08-10315

v.          JUDGE BORMAN

**C & R MAINTENANCE et al.,**

          Defendant(s).
_____/

## NOTICE OF CORRECTION

Docket entry number 4, entered on 4/10/08, was corrected. The explanation for the correction is stated below.

| | |
|---|---|
| **x** | The docket entry was made on the wrong case. |
| | The corresponding document image was missing or incomplete. |
| | The wrong document image was associated. |
| | The wrong judicial officer was listed on the case docket. |
| | The filer information was inaccurate or omitted from the docket text. |
| | The judicial officer information was inaccurate or omitted from the docket text. |
| | The docket text was changed *(specify what was changed and why)* |
| | Other: |

No further action is required. If you need further clarification or assistance, please contact Denise Goodine at 234-5122

          DAVID J. WEAVER, CLERK OF COURT

          By <u>s/ Denise Goodine</u>
            Deputy Clerk

Date: 4/10/08